**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD D. FOLEY**, | ) | CASE NO. 5:22-CV-00753 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | JENNIFER DOWDELL ARMSTRONG |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY ADMINISTRATION**, | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendant. | ) | **RECOMMENDATION** |

On May 10, 2022, Plaintiff Gerald D. Foley filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny his applications for Disability Insurance Benefits and Supplemental Security Income. (ECF No. 1). On April 12, 2023, Magistrate Judge Jennifer Dowdell Armstrong recommended that the Court AFFIRM the final decision of the Commissioner. (ECF No. 12).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a report and recommendation within fourteen (14) days after service. As of April 28, 2023, neither party has filed any objections.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the Report and Recommendation to which the parties have objected. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt a Report and Recommendation without further review.

Accordingly, the Court **ADOPTS** Magistrate Judge Armstrong's Report and Recommendation, incorporating it fully herein by reference, and **AFFIRMS** the final decision of the Commissioner.

**IT IS SO ORDERED.**

Date: April 28, 2023

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**